UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21CR3265-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER TO CONTINUE** |
| OBED MEJIA FERNANDEZ, | ) | **MOTIONS HEARING** |
| **Defendants.** | ) | |

Pursuant to joint motion, the motion hearing/trial setting date is continued from January 7, 2022 to February 11, 2022 at 1:30 p.m.  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   January 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge