UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>OBED MEJIA FERNANDEZ,<br><br>                            Defendant. | Case No.:  21CR3265-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for April 29, 2022, shall be continued to **June 10, 2022** at **1:30 p.m.** Defendant shall file an acknowledgment of the new hearing date by April 29, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21CR3265-JLS