UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>OBED MEJIA FERNANDEZ,<br><br>                              Defendant. | Case No.: 21CR3265-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

    Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting presently scheduled for June 10, 2022 shall be continued to **July 15 2022** at **1:30 p.m.**

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated:  June 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge